# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0112

VERSUS

DOUGLAS ROBERTSON                                     **MARCH 02, 2021**

---

In Re:    Douglas Robertson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-03-0089.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The district court did not err in dismissing relator's application for postconviction relief. Relator's application for postconviction relief requesting DNA testing failed to comply with the requirements set forth in La. Code Crim. P. art. 926.1. In particular, the evidence in question was previously submitted for DNA testing. Further, relator failed to establish an articulable doubt based on competent evidence as to his guilt, and that there was a reasonable likelihood that the requested DNA testing would resolve the doubt and establish his innocence. Additionally, Article 926.1(D) specifically provides that relief shall not be granted when the court finds there was a substantial question as to the integrity of the evidence to be tested. According to documentation presented to this court, substantial questions were raised as to the integrity of the evidence at issue.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT